CHARLES L. ROWLAND, Appellant and Respondent, *v.* WILLIAM J. LOGAN et al., Respondents and Appellants.

*Rowland* v. *Logan*, 112 App. Div. 889, affirmed.
(Argued May 9, 1907; decided May 28, 1907.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1906, affirming a judgment of Special Term in an action for an accounting between parties to a stock transaction.

*Asa A. Spear* for plaintiff, appellant and respondent.

*Augustus Van Wyck* for William J. Logan, defendant, respondent and appellant.

*Henry De Hondt* for Sarah E. Blodget, as administratrix of Charles W. Blodget, deceased, defendant, respondent and appellant.

*Paul F. Lorzer* for Frank J. Logan, defendant, respondent and appellant.

Judgment affirmed, without costs to either party; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Absent: CULLEN, Ch. J. Not sitting: WILLARD BARTLETT, J.